**Craig DAWDY, Appellant,**

v.

**Ellis McSWAIN, Respondent.**

**No. WD 75631.**

Missouri Court of Appeals,
Western District.

April 16, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2013.

Craig Dawdy, Appellant Pro-se.

Stephen D. Hawke, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

Craig Dawdy appeals the summary judgment of the trial court in favor of Ellis McSwain, Chairman of the Missouri Board of Probation and Parole (Respondent), in his declaratory judgment action. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).